**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

|  |  |
|---|---|
| SAMARITAN MINISTRIES INTERNATION-AL, a Illinois religious nonprofit corporation, and eight of its members, namely Zachary & Rachel Cordel, Andrew & Heather Heath, Jay & Amy O'Neill, and Nathan & Rebekah Bienhoff, | ) ) ) ) ) ) **No. 1:25-cv-01250-LF-KK** |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| ALICE T. KANE, in her personal capacity and in her official capacity as New Mexico Superintendent of Insurance, | ) ) ) **PLAINTIFFS' UNOPPOSED** ) **MOTION FOR LEAVE TO FILE** ) **SUR-REPLY** |
| *Defendant*. | ) ) |

Following agreed time extensions, on February 25, 2026 Plaintiffs filed their Response in Opposition (ECF No. 12) to Defendant's Motion to Dismiss (ECF No. 6) the Verified Complaint (ECF No. 1), and on March 20, 2026 Defendant filed her Reply (ECF No. 13) in Support of her Motion to Dismiss. As Defendant's Reply raises new issues on standing, which are not untimely because they go to the Court's jurisdiction but which justify a response, Plaintiffs file this unopposed motion for leave of court to file a short Sur-Reply of up to five (5) pages in length no later than fourteen (14) days from the date the Court rules on this motion.

Defendant by counsel has stated in writing that she does not object to this request.

Dated this **23d** day of **March, 2026** and respectfully submitted,

 /s/ *J. Matthew Szymanski*
J. Matthew Szymanski, Bar #23-267
GAMMON & GRANGE, P.C.
1945 Old Gallows Rd., Tysons, VA 22182
JMS@gg-law.com; SJW@gg-law.com
(703) 761-5030; (703) 761-5012

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a true and correct copy of the foregoing was filed and served via the CM/ECF system.

| |
|---|
| /s/ *J. Matthew Szymanski* |
| Counsel for Plaintiffs |

2