**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO**

SAMARITAN MINISTRIES INTERNATIONAL, a
religious Illinois non-profit corporation, and eight
of its members, namely Zachary & Rachel Cordel,
Andrew & Heather Heath, Jay & Amy O'Neill,
and Nathan & Rebekah Bienhoff,

    *Plaintiffs*,

               CASE NO: 1:25-cv-01250

  v.

ALICE T. KANE, in her personal capacity and in her
official capacity as the New Mexico
Superintendent of Insurance.

    *Defendant.*

## <u>NOTICE OF COMPLETION OF BRIEFING</u>

  **COMES NOW** Defendants, New Mexico Office of the Superintendent of Insurance, and

Alice T. Kane, Superintendent of Insurance, in her official capacity ("Defendants"), through their

counsel, and hereby file this notice of completion of briefing on the following:

1. January 14, 2026, *Defendants' Motion to Dismiss Plaintiffs' Verified Complaint for Declaratory, Injunctive, and Monetary Relief in Lieu of an Answer* (Docket No. 6)

2. January 16, 2026, *Notice of Agreed Extension of Time to File Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Verified Complaint* (Docket No. 8)

3. February 25, 2026, *Samaritan and Individual Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss* (Docket No. 12)

4. March 20, 2026, *Defendant's Reply to Plaintiffs' Response to Motion to Dismiss* (Docket No. 13)

5. March 23, 2026, *Plaintiffs' Unopposed Motion for Leave to File Sur-Reply* (Docket No. 14)

6. April 9, 2026, *Samaritan and Individual Plaintiffs' Sur-reply in Opposition to Defendant's Motion to Dismiss* (Docket No.16)

7. April 10, 2026, *Plaintiffs' Unopposed Motion for Oral Argument* (Docket No. 17).

Respectfully submitted,

**OFFICE OF THE SUPERINTENDENT OF INSURANCE**

By: _____

Stephen P. Thies
6200 Uptown Blvd. NE, Ste. 400
Albuquerque, NM 87110 (505) 383-0800
stephen.thies@osi.nm.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2026, a true and accurate copy of the foregoing *Notice of Completion of Briefing* was electronically filed with the Court and served upon the parties by means of the CM/ECF system.

_____
Frances Gallegos, Senior Paralegal

2