**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SAMARITAN MINISTRIES INTERNATIONAL, an Illinois religious nonprofit corporation, and eight of its members, namely Zachary & Rachel Cordel, Andrew & Heather Heath, Jay & Amy O'Neill, and Nathan & Rebekah Bienhoff,

*Plaintiffs*,

v.

ALICE T. KANE, in her personal capacity and in her official capacity as New Mexico Superintendent of Insurance,

*Defendant*.

**No. 1:25-cv-01250-LF-KK**

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Samaritan Ministries International, and its eight New Mexico members listed in the case caption above, appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's: (1) Final Judgment of dismissal for lack of standing filed on 9/18/2026 (ECF No. 22); and (2) any and all earlier orders and rulings appealable hereby.

Dated this **8th** day of **October, 2026** and respectfully submitted by Plaintiffs' counsel,

*/s/ J. Matthew Szymanski*
J. Matthew Szymanski, D.N.M. #23-267
GAMMON & GRANGE, P.C.
1945 Old Gallows Rd., Tysons, VA 22182
JMS@gg-law.com; SJW@gg-law.com
(703) 761-5030; (703) 761-5012

J. Brian Heller
Bar #06180273
J. BRIAN HELLER, PC
200 Walnut St. Washington, IL
(309) 444-9223
Jbhpc@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing was filed and served via the CM/ECF system.

*/s/ J. Matthew Szymanski*
Counsel for Plaintiffs